Case 1:22-cv-08670-PGG   Document 9   Filed 01/06/23   Page 1 of 2



| Ira S. Nesenoff<br>Andrew T. Miltenberg<br><br>Stuart Bernstein<br>Tara J. Davis | Barbara H. Trapasso<br>Gabrielle M. Vinci<br>Adrienne D. Levy<br>Regina M. Federico<br>Suzanne Dooley<br>Amy Zamir<br>Kristen Mohr<br>Helen Setton | Philip A. Byler<br>Diana R. Warshow<br>Kara L. Gorycki<br>Susan E. Stark<br>Janine L. Peress<br>*Senior Litigation Counsel*<br><br>Marybeth Sydor<br>*Title IX Consultant* |

**ATTORNEYS AT LAW**
**nmllplaw.com**

**MEMO ENDORSED**

*The Conference is adjourned to January 26, 2023 at 10:00 a.m.*

**SO ORDERED:**

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Jan. 11, 2023

January 6, 2023

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

Re:  Lonstein Law Office, P.C., et al. v. Starstone Specialty Insurance Co.,
     **1:22-cv-08670-PGG**

Dear Judge Gardephe:

This firm is counsel to Plaintiffs, the Lonstein Law Office, P.C., Julie C. Lonstein and Wayne D. Lonstein ("Plaintiffs") in the above-referenced matter. The complaint in this action was filed on October 13, 2022 (ECF Doc. no. 1) and the Summons was issued on October 13, 2022 (ECF Doc. no. 5). On December 18, 2022, this Court issued a Notice of Pretrial Conference directing the parties to appear before the Court on January 12, 2023 at 10:30 a.m. for a pretrial conference in accordance with Rule 16 of the Federal Rules of Civil Procedure (ECF Doc. no. 7).

Defendant was served with process on December 28, 2022 (ECF Doc. no. 8) and its time to answer or otherwise respond is January 18, 2023. To date, the Defendant has not made an appearance in this action and the undersigned has not been contacted by Defendant or its attorneys.

It is respectfully requested that the pretrial conference scheduled for January 12, 2023, be adjourned to March 2, 2023, or a date acceptable to the Court. Such adjournment is necessary to allow the Defendant time to appear and submit an answer to the Complaint and to further allow the parties the opportunity to meet and confer prior to the pretrial conference. As no appearance has been made by Defendant to date, the undersigned is unable to obtain consent for this adjournment from Defendant. This is the first adjournment of the pretrial conference requested.

363 Seventh Avenue | 5th Floor | New York, NY | 10001 | T: 212.736.4500

101 Federal Street | 19th Floor | Boston, MA | 02110 | T: 617.209.2188

4 Palo Alto Square | 3000 El Camino Real | Suite 200 | Palo Alto, CA | 94306 | T: 650.209.7400



Thank you for your courtesies in this matter.

                                        **Respectfully Submitted,**
                                        **NESENOFF & MILTENBERG**
                                        **By:**   *Andrew T. Miltenberg*
                                                  Andrew T. Miltenberg, Esq.
                                                  Amy J. Zamir, Esq.

cc:  All counsel of record (via ECF)

363 Seventh Avenue | 5th Floor | New York, NY | 10001 | T: 212.736.4500

101 Federal Street | 19th Floor | Boston, MA | 02110 | T: 617.209.2188

4 Palo Alto Square | 3000 El Camino Real | Suite 200 | Palo Alto, CA | 94306 | T: 650.209.7400