

| | | | |
|---|---|---|---|
| | Ira S. Nesenoff<br>Andrew T. Miltenberg | Barbara H. Trapasso<br>Gabrielle M. Vinci<br>Adrienne D. Levy<br>Regina M. Federico<br>Suzanne Dooley<br>Amy Zamir<br>Kristen Mohr<br>Helen Setton | Philip A. Byler<br>Diana R. Warshow<br>Kara L. Gorycki<br>Susan E. Stark<br>Janine L. Peress<br>*Senior Litigation Counsel* |
| | Stuart Bernstein<br>Tara J. Davis | | Marybeth Sydor<br>*Title IX Consultant* |

**ATTORNEYS AT LAW**
**nmllplaw.com**

January 24, 2023

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

      Re:    **Lonstein Law Office, P.C., et al. v. Starstone Specialty Insurance Co., 1:22-cv-08670-PGG**

Dear Judge Gardephe:

      This firm is counsel to Plaintiffs, the Lonstein Law Office, P.C., Julie C. Lonstein and Wayne D. Lonstein ("Plaintiffs") in the above-referenced matter. The complaint in this action was filed on October 13, 2022 (ECF Doc. no. 1) and the Summons was issued on October 13, 2022 (ECF Doc. no. 5). On December 18, 2022, this Court issued a Notice of Pretrial Conference directing the parties to appear before the Court on January 12, 2023 at 10:30 a.m. for a pretrial conference in accordance with Rule 16 of the Federal Rules of Civil Procedure (ECF Doc. no. 7). The Pretrial Conference was thereafter adjourned to January 25, 2023 (ECF Doc. no. 10)

      Defendant was served with process on December 28, 2022 (ECF Doc. no. 8) and its time to answer or otherwise respond is January 18, 2023. To date, the Defendant has not made an appearance in this action and the undersigned has not been contacted by Defendant or its attorneys.

      It is respectfully requested that the pretrial conference scheduled for January 26, 2023, be adjourned to March 2, 2023, or a date acceptable to the Court. Such adjournment is necessary to allow the Plaintiff time to file a motion for a default judgment with the Court. As no appearance has been made by Defendant to date, the undersigned is unable to obtain consent for this adjournment from Defendant. Plaintiff previously requested an adjournment of the Pretrial



Conference scheduled for January 12, 2023 to provide Defendant with time to answer or otherwise respond to the Complaint.

    Thank you for your courtesies in this matter.

                                 **Respectfully Submitted,**
                                 **NESENOFF & MILTENBERG**
                                 **By:** *Andrew T. Miltenberg*
                                 **Andrew T. Miltenberg, Esq.**
                                 **Amy J. Zamir, Esq.**

cc: All counsel of record (via ECF)

**MEMO ENDORSED:** The conference currently scheduled for January 26, 2023 is adjourned <u>sine die</u>.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated: January 25, 2023