**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LONSTEIN LAW OFFICE, P.C., et al.,

                      Plaintiffs,

-against-                            22 **CIVIL** 8670 (AS)

**JUDGMENT**

STARSTONE SPECIALTY INSURANCE
COMPANY,

                      Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 13, 2024, the motion to dismiss is GRANTED. Plaintiffs' claims are dismissed WITH PREJUDICE and judgment is entered for Defendant; accordingly, the case is closed.

**Dated:** New York, New York

      February 13, 2024

                                                   **RUBY J. KRAJICK**
                                                   _____
                                                        **Clerk of Court**

                            **BY:**              _K. Mango_
                                                       _____
                                                       **Deputy Clerk**